# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERARD WAYNE HENDERSON,<br><br>    Petitioner,<br><br>    v.<br><br>USA,<br><br>    Respondent. | 1:06-cv-01002-OWW-TAG HC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 6)<br><br>ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS (Doc. 1)<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

On August 1, 2006, Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 in this Court.

On November 8, 2006, the Magistrate Judge assigned to the case filed a Report and Recommendation recommending the petition for writ of habeas corpus be dismissed because of Petitioner's failure to prosecute this action and his failure to comply with orders of this Court. (Doc. 6). This Report and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty days from the date of service of that order. To date, the parties have not filed timely objections to the Report and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted

1

a *de novo* review of the case.  Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Report and Recommendation is supported by the record and proper analysis.

      Accordingly, IT IS HEREBY ORDERED that:

1. The Report and Recommendation, filed November 8, 2006 (Doc. 6), is ADOPTED IN FULL;
2. This petition for writ of habeas corpus (Doc. 1), is DISMISSED; and
3. The Clerk of Court is DIRECTED to ENTER JUDGMENT and close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   December 16, 2006**              /s/ Oliver W. Wanger
emm0d6                                      UNITED STATES DISTRICT JUDGE

2